**Fill in this information to identify the case:**

Debtor 1: Edward George Walker

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 25-50052

Official Form 410S1

# Notice of Mortgage Payment Change                                                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 5 8

**Date of payment change:** Must be at least 21 days after date of this notice: 11/20/2025

**New total payment:** Principal, interest, and escrow, if any   $ 343.44

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 44.53    New escrow payment: $ 45.44

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 342.53    New mortgage payment: $ 343.44

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Cassandra Spencer                                    Date  08/13/2025
Signature

Print:    Cassandra Spencer                                Title  Bankruptcy Specialist
          First Name    Middle Name    Last Name

Company   USDA - Rural Housing Service
          Centralized Servicing Center

Address   PO Box 66879
          Number        Street

          St. Louis, MO 63166
          City                      State        ZIP Code

Contact phone  (800) 349-5097 ext _____        Email  sm.rd.so.bkr@usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:** Cassandra Spencer                                08/13/2025
                                                                       (Date)

**Debtor(s) & Address:** Edward George Walker
393 Hwy 37
Collins, MS 39428

**Case No.** 25-50052
**Claim No.** 2
**USDA Acct No.** 6 9 5 8

**Attorney & Address:** Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

**Effective** 11/20/2025 **, the monthly ongoing payment is changing due to:**

No    Yes ✓  **ESCROW:**
No ✓  Yes    **OTHER:**

### PAYMENT CALCULATION

|  | Current Payment |  | New Payment |
|---|---|---|---|
| Principal & Interest | 298.00 | Principal & Interest | 298.00 |
| Less Subsidy |  | Less Subsidy |  |
| Total P&I Payment | 298.00 | Total P&I Payment | 298.00 |
|  |  |  |  |
| Escrow | 44.53 | Escrow | 45.44 |
| Escrow shortage |  | Escrow shortage |  |
| Total Escrow | 44.53 | Total Escrow | 45.44 |
|  |  |  |  |
| Fees |  | Fees |  |
|  |  |  |  |
| Total Payment | 342.53 | Total Payment | 343.44 |

| Southern District of Mississippi | Case No. | 25-50052 |
|---|---|---|
| | Claim No. | 2 |

# CERTIFICATE OF SERVICE

I, Cassandra Spencer, do hereby certify that on 08/13/2025, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Edward George Walker

393 Hwy 37
Collins, MS 39428

**Via CM/ECF:**

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

Date: 08/13/2025        /s/ Cassandra Spencer

Cassandra Spencer
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
E
USDA RURAL DEVELOPMENT           -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226




EDWARD G WALKER
DOROTHY O WALKER
393 HWY 37
COLLINS                MS 39428
                                              DATE: 08/11/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 11/20/25 THROUGH 10/31/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 11/20/25 THROUGH 10/31/26 -------
             FP INSURANCE                   259.15
             COUNTY TAX                     286.24

          TOTAL PAYMENTS FROM ESCROW        545.39

          MONTHLY PAYMENT TO ESCROW          45.44 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 11/20/25 THROUGH 10/31/26--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW   DESCRIPTION     ANTICIPATED        REQUIRED
                      ACTUAL  STARTING BALANCE       363.63           363.63
NOV 25    45.44                                      409.07           409.07
DEC 25    45.44                                      454.51           454.51
JAN 26    45.44       286.24   COUNTY TAX            213.71           213.71
FEB 26    45.44                                      259.15           259.15
MAR 26    45.44                                      304.59           304.59
APR 26    45.44       259.15   FP INSURANCE ALP       90.88   RLP      90.88
MAY 26    45.44                                      136.32           136.32
JUN 26    45.44                                      181.76           181.76
JUL 26    45.44                                      227.20           227.20
AUG 26    45.44                                      272.64           272.64
SEP 26    45.44                                      318.08           318.08
OCT 26    45.44                                      363.52           363.52

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       0.00.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM NOVEMBER 20, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00. DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO FUTURE PAYMENTS.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                                298.00
          ESCROW (1/12TH OF ANNUAL ANTICIPATED                 45.44
              DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                     0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG              0.00
          PLUS: SHORTAGE PAYMENT                                0.00
          MINUS: SURPLUS CREDIT                                 0.00
          ROUNDING ADJUSTMENT                                   0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                    0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 11/20/25     343.44
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       90.88. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        90.88.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
09/21         37.91      10/21         37.91      11/21       2018.44   *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                             00/00       0.00
00/00      0.00                             00/00       0.00
```

```
E
USDA RURAL DEVELOPMENT              -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS                MO 63102

800-414-1226




EDWARD G WALKER
DOROTHY O WALKER
393 HWY 37
COLLINS              MS 39428
                                        DATE: 08/11/25


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING SEP 20, 2024 AND ENDING AUG 31,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

              --- YOUR PAYMENT BREAKDOWN AS OF SEP 20, 2024 IS ---

              PRINCIPAL & INTEREST            298.00
              ESCROW DEPOSIT                   44.53
              OPTIONAL INSURANCE                0.00
              REPLACE RESV/FHA SVC CHG          0.00
              SHORTAGE                          2.89
              DEFICIENCY                        0.00
              SURPLUS                           0.00
              ROUNDING                          0.00
              LESS BUYDOWN/ASST PAYMENT         0.00
              BORROWER PAYMENT                345.42
```

| MONTH  | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL  | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION      | ESCROW BALANCE PRIOR PRJ | ACTUAL     |
|--------|------------------------------|---------|--------------------------------|--------|------------------|--------------------------|------------|
| JUN 24 | 0.00                         |         |                                |        |                  | 0.00                     | 0.00       |
| JUL 24 | 0.00                         |         |                                |        |                  | 0.00                     | 0.00       |
| AUG 24 | 0.00                         |         |                                |        |                  | 0.00                     | 0.00       |
|        |                              |         |                                |        | STARTING BALANCE | 267.26                   | -1827.25   |
| SEP 24 | 44.53                        | *       |                                |        |                  | 311.79                   | -1827.25 A |
| OCT 24 | 44.53                        | *       |                                |        |                  | 356.32                   | -1827.25   |
| NOV 24 | 44.53                        | *       |                                |        |                  | 400.85                   | -1827.25   |
| DEC 24 | 44.53                        | 37.91   |                                |        |                  |                          |            |
| DEC 24 |                              | 37.91   |                                |        |                  |                          |            |
| DEC 24 |                              | 37.91   |                                |        |                  |                          |            |
| DEC 24 |                              | 37.91   |                                |        |                  |                          |            |
| DEC 24 |                              | -37.91  |                                |        |                  |                          |            |
| DEC 24 |                              | -37.91  |                                |        |                  |                          |            |
| DEC 24 |                              | -37.91  |                                |        |                  |                          |            |

```
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24               -37.91
DEC 24               -37.91
DEC 24               -37.91
DEC 24               -37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91
DEC 24                37.91*                                        445.38        -1220.69
JAN 25       44.53    37.91*       286.24            *              203.67        -1182.78
FEB 25       44.53        *                                         248.20        -1182.78
MAR 25       44.53    37.91*                                        292.73        -1144.87
APR 25       44.53    37.91        248.20
APR 25                37.91
APR 25                37.91*                         *               89.06 T      -1031.14
MAY 25       44.53        *                  259.15* FP INS         133.59        -1290.29
JUN 25       44.53    37.91
                      37.91*                                        178.12        -1214.47
JUL 25       44.53    37.91*                                        222.65        -1176.56
AUG 25       44.53   -554.07*                                       267.18        -1730.63
```

```
TOTALS                128.31                  259.15
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        89.06. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -1827.25.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
09/19          37.91        10/19           37.91       11/19           37.91
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
01/24     286.24 COUNTY TAX               00/00         0.00
00/00       0.00                          00/00         0.00
```