–1–

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   EDWARD GEORGE WALKER,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 23-50052-KMS

DAVID RAWLINGS, TRUSTEE

## TRUSTEE'S MOTION TO REVIEW
## NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW, the Trustee, David Rawlings, by and through his attorney, and files this Motion to Review USDA-Rural Housing Service's 8-13-2025 Notice of Mortgage Payment Change (Docket #41), and says:

1. That the Confirmed Plan re-amortizes and provides for the payment of the USDA crammed down debt, plus *8.75%* interest.  The Confirmed Plan provides for a monthly Special Claim for taxes/insurance in the amount of $44.53.  An attorney representing USDA has entered an appearance.

2. That the Notice appears to relate to escrow advances for taxes/insurance.  The Notice appears to be a request to increase the existing monthly Special Claim to $45.44/month, beginning the month following the entry of an Order resolving this Motion.

WHEREFORE, PREMISES CONSIDERED, the Trustee files this Motion to Review said Notice, and prays for the approval of said increase, and for such other relief, either general or specific, as to which this Court may deem meet and proper.

Respectfully submitted,

–1–

–2–

                                      DAVID RAWLINGS, TRUSTEE

                                      BY: */s/ Brian Wilson*
                                              Brian Wilson,
                                              His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Motion, via the Court's ecf filing system, to: the U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; T.C. Rollins, P.O. Box 13767, Jackson, Mississippi 39236, and by US Mail, postage fully pre paid to: Brittany Smith Taylor, Stephens Millirons, P.C., P.O. Box 307, Huntsville, Alabama 35804.

      So certified on this the 12th day of September 2025.

                                              */s/Brian Wilson*
                                              Brian Wilson